UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

ANDRE L. JOHNSON			CASE NO. 1:23-CV-01767 SEC P

VERSUS				JUDGE ROBERT R. SUMMERHAYS

USA					MAGISTRATE JUDGE PEREZ-MONTES

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 11), and after a de novo review of the record, including the Objection filed by Petitioner (ECF No. 12), having determined that the Magistrate Judge's findings and recommendations are correct under the applicable law;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition for Writ of Habeas Corpus (ECF No. 5) is DENIED and DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the Motion for Extension of Time (ECF No. 10) is DENIED as MOOT.

THUS, DONE AND SIGNED in Chambers this 21st day of March 2024.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE